UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY LEE SNELL, JR.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
                                        /

Case No. 15-11063

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [15], DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [14], GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [13], AND REMANDING CASE TO COMMISSIONER OF SOCIAL SECURITY**

    This matter comes before the Court on the Magistrate Judge's Report and Recommendation. (Dkt. 15.) The Magistrate Judge recommends denying Defendant's motion for summary judgment (Dkt. 14), granting Plaintiff's motion for summary judgment (Dkt. 13), and remanding the case to the Commissioner under sentence four of 42 U.S.C. § 405(g). Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)). Nevertheless, the Court agrees with the Magistrate Judge's recommendation.

    Being fully advised in the premises, having read the pleadings, and for the reasons set forth above, the Court ACCEPTS and ADOPTS the Magistrate Judge's report and recommendation, and therefore GRANTS Plaintiff's motion for summary judgment, DENIES

Defendant's motion for summary judgment, and REMANDS the case to the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).

    SO ORDERED.

                      S/Nancy G. Edmunds
                      Nancy G. Edmunds
                      United States District Judge

Dated: March 22, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 22, 2016, by electronic and/or ordinary mail.

                      S/Carol J. Bethel
                      Case Manager